UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

DONNA FISHLEY                            )
                                         )
V.                                       )          No. 2:14-CV-254
                                         )
CAROLYN W. COLVIN,                       )
Acting Commissioner of Social Security   )

REPORT AND RECOMMENDATION

This matter has been referred to the United States Magistrate Judge under the standing

orders of the Court for a report and recommendation regarding the Motion [Doc. 26] for an

award of attorney fees to the plaintiff under the Equal Access to Justice Act ("EAJA"), 28

U.S.C. § 2412(d)(1)(A).  The defendant does not oppose the Motion.

The plaintiff's case was recently remanded by the District Judge to the defendant for

further administrative review.  While this fact makes plaintiff entitled to fees under the

EAJA, attorney fees under the Social Security Act itself can only be awarded if the plaintiff

is ultimately awarded benefits.  Should the plaintiff be awarded past due benefits, counsel

will be required to refund whichever fee is smaller; either the fee under the EAJA, or the fee

under the Social Security Act.

In order to be entitled to an award of attorney fees and expenses under the Equal

Access to Justice Act, all of the conditions set forth in 28 U.S.C. § 2412(d)(1)(A), (B) must

be met.  These are that:

(1)     the party seeking the fees is the "prevailing party" in a civil action brought by
        or against the U.S.,

(2)     an application for such fees, including an itemized justification for the amount

requested, is timely filed within 30 days of final judgment in the action,

(3)     the position of the government is not substantially justified and

(4)     no special circumstances make an award unjust.

The Magistrate Judge finds that all of these factors are met in this case.

An affidavit of the hours expended by plaintiff's counsel has been submitted.  The

undersigned finds the number of hours expended and the amount requested to be reasonable.

It is recommended that the plaintiff's Motion be GRANTED, and that plaintiff be

awarded EAJA attorney fees in the amount of $3,734.40.[1]

                              Respectfully recommended:


                               s/ Clifton L. Corker
                              United States Magistrate Judge

---

[1]Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived.  Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).