UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DONNA FISHLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security )<br>)<br>Defendant. ) | NO.: 2:14-CV-254 |

## ORDER

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 28], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), *see* 28 U.S.C. § 2412(d), [Doc. 26], it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion for attorney's fees is GRANTED, [Doc. 28]. Accordingly, plaintiff is awarded a fee in the amount of $3,734.40.

ENTER:

                   s/J. RONNIE GREER
                   UNITED STATES DISTRICT JUDGE